No. 44. Northwestern Ben. & Mut. Aid Asso. v. Hall. This was assumpsit upon a contract of life insurance. The defense was that the assured had falsely represented in his application that his health had been uniformly good for the pre-

ceding ten years; that he falsely represented his habits as to the use of alcoholic liquors in said application, and that he committed suicide. These questions of fact were submitted to the court without a jury and were solved against the insurer, and a judgment was rendered in favor of the plaintiff for the amount of the insurance, $2,000, and costs of suit, which judgment is affirmed by this court. Opinion by WALL, P. J. Judge below, O. T. REEVES. Attorneys, for appellant, Messrs. McNULTA & WELDON; for appellee, Messrs. TIPTON & BEAVER. Opinion filed Feb. 25, 1886.